

Intermountain Healthcare
PO Box 27808
Salt Lake City, UT 84127-0808
801-442-1850

June 25, 2024

U.S. Bankruptcy Court
350 S Main Street
RM. 301
Salt Lake City, UT 84101

*Amo*
FILED* US Bankruptcy Court-UT
JUN 28 2024 PM 1:22

## NOTICE OF WITHDRAWAL OF CLAIM

### RE; CASE # 23-25410

We are withdrawing Proof of Claim # 3 for Ricardo U. Flores & Leeann Flores . Claim was filed on 12/18/23  in the amount of $22,051.83  by Intermountain Healthcare.

If you have any questions, please contact our office at the number listed above.

Sincerely,

PFS Support Central Bankruptcy Team
Intermountain Healthcare
4646 W. Lake Park Blvd.
West Valley City, UT 84120
801-442-1850